UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| PHOENIX INSURANCE COMPANY,<br><br>                     Plaintiff,<br><br>  v.<br><br>TRUPANION INC.,<br><br>                     Defendant. | CASE NO. 3:19-cv-05916 RAJ-BAT<br><br>**ORDER SUSPENDING CASE DEADLINES** |

Plaintiff The Phoenix Insurance Company ("Phoenix") and Defendant Trupanion, Inc. ("Trupanion") have advised the Court that a settlement has been reached between Phoenix and Trupanion, and request a 60-day extension of all case deadlines while they execute and submit final settlement documents.

Accordingly, it is **ORDERED** that all current deadlines (*see* Court's Order (Dkt. 11) are extended by 60-days pending the parties' finalization of their settlement agreement.

DATED this 23rd day of March, 2020.

                                                                        _____
                                                                          BRIAN A. TSUCHIDA
                                                                          Chief United States Magistrate Judge

ORDER SUSPENDING CASE DEADLINES - 1