UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

PHOENIX INSURANCE COMPANY,

          Plaintiff,

  v.

TRUPANION INC.,

          Defendant.

CASE NO. 3:19-cv-05916 RAJ-BAT

**ORDER OF DISMISSAL**

    Pursuant to the Stipulation of the parties (Dkt. 16) and Federal Rule of Civil Procedure 41(a)(1)(A)(ii), this action is **dismissed with prejudice**, with each party to bear its own attorney's fees and costs.

    DATED this 15th day of July, 2020.

                                        *Richard A. Jones*
                                        The Honorable Richard A. Jones
                                        United States District Judge